Travis B. Hill (SBN 021133)
Daniel L. Hulsizer (State Bar No. 022509)
CARSON MESSINGER ELLIOTT
 LAUGHLIN & RAGAN, P.L.L.C.
3300 North Central Avenue, Suite 1900
Phoenix, Arizona 85012
Telephone: (602) 264-2261
thill@carsonlawfirm.com

Attorneys for Litton Loan Servicing, L.P. as agent for Wells Fargo Bank, N.A., as Trustee for Ownit Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2006-2, its successors and/or assigns

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>Candace M. Moore and<br>Jevon D. Moore,<br><br>        Debtors. | Chapter 13<br><br>No. 4:10-bk-02518-EWH<br><br>OBJECTION TO<br>CHAPTER 13 PLAN |

      Litton Loan Servicing, L.P. as agent for Wells Fargo Bank, N.A., as Trustee for Ownit Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2006-2, its successors and/or assigns (hereinafter "Claimant"), a secured creditor herein, objects to the Chapter 13 Plan filed in this matter for the following reasons:

      1.      The plan fails to state the correct amount of arrearages due Claimant. Claimant states that the correct amount of arrearages is $7,455.96, exclusive of Movant's attorneys' fees and costs.

…

…

-1-

2. The plan does not conform to the requirements of Local Bankruptcy Rule 2083-4(a)(2), as it does not state the time within which the debtor proposes to cure the arrearages on each secured debt.

3. The plan contains no provision for Claimant's attorneys' fees and costs, pursuant to the terms of the Deed of Trust held by Claimant. Claimant estimates its attorneys' fees and costs to be $500.00.

RESPECTFULLY SUBMITTED on this 17th day of March, 2010.

CARSON MESSINGER ELLIOTT LAUGHLIN & RAGAN, P.L.L.C.

By /S/ TBH 021133
Travis B. Hill
Daniel L. Hulsizer
Attorneys for Litton Loan Servicing, L.P. as agent for Wells Fargo Bank, N.A., as Trustee for Ownit Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2006-2, its successors and/or assigns

Copies of the foregoing objection
mailed this 17th day of March, 2010, to:

Candace M. Moore
Jevon D. Moore
5455 S. Oakhaven Drive
Tucson, AZ 85746
Debtors

Kathryn L. Johnson
LAW OFFICE OF KATHRYN L. JOHNSON, PLC
2 E. Congress St., Ste. 900
Tucson, AZ 85701
Attorneys for Debtors

-2-

Dianne C. Kerns
7320 N. La Cholla #154 PMB 413
Tucson, AZ 85746
Trustee


By: /S/ PLR
      Louis Reininger, Paralegal