Travis B. Hill (SBN 021133)
Daniel L. Hulsizer (State Bar No. 022509)
CARSON MESSINGER ELLIOTT
 LAUGHLIN & RAGAN, P.L.L.C.
3300 North Central Avenue, Suite 1900
Phoenix, Arizona 85012
Telephone: (602) 264-2261
thill@carsonlawfirm.com

Attorneys for Litton Loan Servicing, L.P. as agent for Wells Fargo Bank, N.A., as Trustee for Ownit Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2006-2, its successors and/or assigns

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>Candace M. Moore and<br>Jevon D. Moore,<br><br>Debtors. | Chapter 13<br><br>No. 4:10-bk-02518-EWH<br><br>RESPONSE TO DEBTORS OBJECTION TO PROOF OF CLAIM |

Litton Loan Servicing, L.P. as agent for Wells Fargo Bank, N.A., as Trustee for Ownit Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2006-2, its successors and/or assigns (hereinafter "Respondent"), a secured creditor herein, responds to the Debtor's Objection to the Proof of Claim as follows:

1. Respondent admits Debtors executed a certain note and deed of trust on or about November 1, 2005. Respondent admits Debtors executed a certain loan modification on January 1, 2008.

2. Respondent admits certain deed of trust was recorded in the office of the Pima County Recorder on November 4, 2005 at Docket 12674, Page 6868.

3. Respondent denies the beneficiary noted in certain deed of trust is Ownit Mortgage Solutions. The beneficiary noted in certain deed of trust is MERS,

-1-

Mortgage Electronic Registration Systems, Inc.

4. Respondent denies Debtors' contention that it failed to provide adequate documentation in support of the proof of claim filed by Respondent. Respondent has not received any communication aside from this objection requesting adequate documentation. Debtor fails to clarify if the supporting documentation is related to loan documents or payment information or something else altogether. Additionally, a properly executed assignment to Wells Fargo Bank, N.A., as Trustee for Ownit Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2006-2, was provided as an exhibit to Respondent's proof of claim.

5. Respondent reserves the right to supplement this response as it obtains additional supporting documentation, including, but not limited to, the endorsed or allonged Note, a copy of the recorded Assignment in dispute, a payment history supporting the amount claimed in Respondent's Proof of Claim and completes a review of the bankruptcy matters listed in Debtors' objection in order to determine the relevancy of the filings and validity of the transactions by and between the Respondent and the Debtors.

Accordingly, Respondent denies Debtors' Objection to the Proof of Claim.

RESPECTFULLY SUBMITTED on this 26th day of April , 2010.

                CARSON MESSINGER ELLIOTT LAUGHLIN
                  & RAGAN, P.L.L.C.

                By  /S/ TBH 021133
                    Travis B. Hill
                    Daniel L. Hulsizer
                    Attorneys for U. S. Bank National
                    Association as servicer for U. S. Bank
                    National Association, as Trustee for Credit
                    Suisse First Boston CSFB 2005-12, its
                    successors and/or Assigns

Copies of the foregoing objection mailed this 26th day of April, 2010, to:

| | |
|---|---|
| Candace M. Moore<br>Jevon D. Moore<br>5455 S. Oakhaven Drive<br>Tucson, AZ 85746<br>Debtors | Kathryn L. Johnson<br>LAW OFFICE OF<br>KATHRYN L. JOHNSON, PLC<br>2 E. Congress St., Ste. 900<br>Tucson, AZ 85701<br>Attorney for Debtors |

Dianne C. Kerns
7320 N. La Cholla #154 PMB 413
Tucson, AZ 85746
Trustee


By: /S/ PLR
      Louis Reininger, Paralegal